UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | |
|---|---|
| Case No. 8:24-cv-00912-JWH-JC | Date June 28, 2024 |
| Title Iris Rios v. Sally Beauty Supply LLC et al | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):
Farah Mirabel                             Spencer C. Skeen
                                          Marlene Marie Moffitt

**Proceedings:** **HEARING RE PLAINTIFF'S MOTION TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT [11]; SCHEDULING CONFERENCE**

Counsel state their appearances. The Court confers with counsel and hears oral argument. For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1. Plaintiff's Motion [ECF No. 11] is **DENIED**.

2. The Court **SETS** the following briefing schedule for Defendant's anticipated Motion to Compel Arbitration:

| EVENT | DATE/DEADLINE |
|---|---|
| Deadline to file Motion to Compel Arbitration | July 19, 2024 |
| Deadline to file Opposition to Motion to Compel Arbitration | August 9, 2024 |

| EVENT | DATE/DEADLINE |
|---|---|
| Deadline to file Reply in Support of Motion to Compel Arbitration | August 16, 2024 |
| Hearing on Motion to Compel Arbitration | August 30, 2024, at 10:00 a.m. |

**IT IS SO ORDERED.**